### AMERICAN CEREAL CO. v. ORIENTAL FOOD CO.

(Circuit Court, N. D. Illinois. E. D. February 2, 1906.)

#### No. 27,964.

PATENTS—SUIT FOR INFRINGEMENT—SUFFICIENCY OF BILL.

A bill for infringement of a patent is not demurrable because of its failure to allege that the invention was not patented in a foreign country more than seven months prior to the filing of the application in this country; the provision of Rev. St. § 4887, as amended by Act March 3, 1897, c. 391, § 3, 29 Stat. 692 [U. S. Comp. St. 1901 p. 3382], denying the right to a patent in case of such foreign patenting more than seven months prior to the application, being a matter of defense to be pleaded by answer.

In Equity. On special demurrer to bill.

Jones & Addington and Robert H. Parkinson, for complainant.
Rector & Hibben, for defendant.

KOHLSAAT, Circuit Judge. This cause comes before the court on special demurrer. The ground stated is that the bill does not negative the seven months' clause of section 4887 of the Revised Statutes [U. S. Comp. St. 1901, p. 3382], in force at the date of the application for the patent in suit. I am of the opinion that, in a proceeding for infringement of a patent, the provisions of that section constitute matters of defense and must be set up in an answer, and not by demurrer.

The demurrer is overruled.